**DISMISS; and Opinion Filed October 7, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00893-CV

**DOUBLE DIAMOND DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF CLUB CORP., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD, FRED CURRAN, GEORGE COLLINS, LARRY GROPPEL, RANDY GRACY, CLARK WILLINGHAM, DONALD FRITZ, MILT BERGMAN, WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC., Appellants**

**V.**

**JOHN AND CATHY WALKINSHAW, ET AL,[1] Appellees**

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-10333-J

## MEMORANDUM OPINION

Before Justices Moseley, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

Pursuant to appellant rule 28.2 and former civil practice and remedies code section 51.014(d),[2] appellants bring this agreed interlocutory appeal from the trial court's general order granting appellees' motion for partial summary judgment and denying appellants' motion for partial summary judgment. *See* Act of May 27, 2005, 79th Leg. R.S., ch. 1051, § 1, 2005 Tex. Gen. Laws 3512, 3513 (applying to lawsuit filed on or after September 1, 2005), *amended by* Act

---

[1] There are over one thousand appellees in this case. A complete listing of the names of the appellees can be found in the judgment.

[2] This case was filed before September 1, 2011, therefore appellate rule 28.2 and former section 51.014(d) apply. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) note (West Supp. 2012); TEX. R. APP. P. 28.

of May 25, 2011, 82d Leg., ch. 203, § 3.01, 2011 Tex. Gen. Laws 758, 759 (current version at TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2012)); TEX. R. APP. P. 28.2. At issue is the assessment of mandatory property owners' association (POA) fees for golf-course maintenance and "a food and beverage program." Concluding we lack jurisdiction, we dismiss the appeal.

## BACKGROUND

Double Diamond, Inc. is a real estate development company that owns the White Bluff Resort at Lake Whitney, Texas. Appellees are current or former property owners in White Bluff subject to the disputed POA fees. Asserting, among other complaints, that the assessment of these fees was illegal, appellees, individually and derivatively as POA members, sued Double Diamond, its subsidiaries, the POA, and POA board members. Among the causes of action appellees alleged were "common law fraud/fraudulent inducement," fraud in real estate, and breach of fiduciary duty. Additionally, appellees sought temporary and permanent injunctions prohibiting further assessment of the fees and a declaratory judgment that the fees were illegal and improper under the POA governing documents; Texas property and business organization codes; federal and state tax codes; and, restrictive covenant law.

Both parties moved for partial summary judgment, each raising multiple grounds. Specifically, appellees sought judgment in their favor on their claim for injunctive relief and each of the theories presented in their declaratory judgment action. Appellants also sought partial summary judgment as to each of appellees' theories for declaratory judgment and argued that appellees' claims with respect to the fees being illegal and improper under the tax codes and the property code were not ripe, appellees did not have standing to raise them, and appellees could not bring their claims derivatively on behalf of the POA.

Without stating a basis, the trial court granted appellees' motion and denied appellants' motion. In its order, the trial court also granted the parties permission to appeal under appellate rule 28.2 and former civil practice and remedies code section 51.014. Specifically, the order recited as follows:

> The Court finds that permitting interlocutory appeal is warranted because:
>
> 1. There is a controlling question of law as to which there is a substantial ground for difference of opinion[;]
>
> 2. An immediate appeal from the order may materially advance the ultimate termination of the litigation; and
>
> 3. The parties agree to an appeal of the order.

## JURISDICTION

Our jurisdiction over this appeal depends on whether (1) the trial court's interlocutory order involves "a controlling question of law as to which there is a substantial ground for difference of opinion," and (2) "an immediate appeal . . . [may] materially advance the ultimate termination of the litigation." *See* TEX. R. APP. P.28.2; *State Fair of Tex. v. Iron Mountain Info Mgmt., Inc.*, 299 S.W.3d 261, 262 (Tex. App.—Dallas 2009, no pet.) (interpreting former rule 51.014(d)). Inherent in these jurisdictional requirements is that the trial court make a substantive ruling on the specific legal question presented on appeal. *See Bank of N.Y. Mellon v. Guzman*, 390 S.W.3d 593, 597 n.2 (Tex. App.—Dallas 2012, no pet.) (citing *Colonial Cnty. Mut. Ins. Co. v. Amaya*, 372 S.W.3d 308, 310 (Tex. App.—Dallas 2012, no pet.); *State Fair*, 299 S.W.3d at 264)); *Gulley v. State Farm Lloyds*, 350 S.W.3d 204, 207 (Tex. App.—San Antonio 2011, no pet.). Because generally our jurisdiction is limited to appeals from final judgments and orders, we strictly construe any statutes, such as former section 51.014, that allow appeals from interlocutory orders. *See Guzman*, 390 S.W.3d at 596; *State Fair*, 299 S.W.3d at 262-63.

In a letter brief filed at our direction, appellants identify four "controlling questions" which generally track the grounds asserted in the competing summary judgment motions. Arguing this case "is one of first impression" and the "parties' opinion regarding the controlling issues of law are both divergent and fundamental," appellants assert the parties' arguments "present inter alia novel theories regarding burden of proof, enforceability of covenants (personal or real), statutory construction or construction of governance documents, and standing." Appellants maintain that "because these differences of opinions cut to the very core of [a]ppellees' claims, they must be viewed as 'substantial.'" Citing our opinion in *State Fair of Texas v. Iron Mountain Information Management*, appellees respond, in part, that because the trial court did not state the basis for its ruling, the appeal does not meet the strict requirements of former section 51.014(d). *See State Fair*, 299 S.W.3d at 262, 264. We agree with appellees.

The appealed order is silent as to the basis for the trial court's order, and nothing in the record shows the trial court made a substantive ruling on any of the legal issues presented to us. Although the trial court generally ruled on the competing partial summary judgment motions, it did not rule on the substantive legal issues presented to it. *See Gulley*, 350 S.W.3d at 207. Without a substantive ruling by the trial court, we have no jurisdiction. *See Guzman*, 390 S.W.3d at 597-98. Accordingly, we dismiss the appeal.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130893F.P05

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOUBLE DIAMOND DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF CLUB CORP., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD, FRED CURRAN, GEORGE COLLINS, LARRY GROPPEL, RANDY GRACY, CLARK WILLINGHAM, DONALD FRITZ, MILT BERGMAN AND WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC., Appellants

No. 05-13-00893-CV          V.

JOHN WALKINSHAW AND CATHY WALKINSHAW, MARK MATHISEN, JAMES DRAKE, GLENN CHRISTOPHER, GERALDINE CLARK, STEPHEN CLARK, WEBSTER CLARKE, TERRY WADE, JAMES WALDROP AND KATHY WALDROP, ROBERT WALKER, KELLY PARKS CORSO, KEVIN COX, RICHARD CROW, ERIC CUMMINGS, LEROY CURRY, REDDY DASARI, JAMES DAVENPORT AND SHARON DAVENPORT, SCOTT DAVENPORT, ARGUSTA DAVIS, DOUGLAS DAVIS, SAM AINTABLIAN, RIMA MELILEYAN, VICTOR ALARCON AND ROSA ALARCON, JAMES ALDRIDGE, PETE

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-10333-J.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Lewis participating.

ALVARADO, ADRIANA ALVAREZ, DARRELL AMSDEN, WYATT ANDREWS, GARY ANTHONY AND RUBY ANTHONY, GARY AQUILINA AND PAMELA AQUILINA, DEBORAH ARNOLD, JAMES RUMAGE, BETTY ARNSTINE, LARRY ATKINS AND KAREN ATKINS, JIMMY AUGUSTINO, ELIZABETH ABEL, ANAS ARNOUS, GLORIA ARRIAGA, BUDDY ABLES, JOSE ACHONDO, MIKE ADAMS, ARMANDO AGUILAR, PAUL GASSNER, SCOTT GAST, BERNARD GEIGER AND SANDRA GEIGER, EUGENE GENDEL AND ANNA GENDEL, EDWARD GERKEN, DOUGLAS GLASPELL, MICKEY GLASS, EDWARD MICHAEL GOLUBIC, RAMON GOMEZ, GINA GONZALES, LANNY GOUGE, JOHN GOUGH, BEVERLY GRAHAM, MARVIN D. GRAHAM, JR., MONTY GRAHAM, LAN TRAN, MELVIN TRAYLOR, DAVID TUCKER, IDA UNGER, JAMES USSERY, CHARLES VANDERWOUD, FRANCISCO VAZQUEZ, MARCIA VERHAGEN AND ROBERT VERHAGEN, DAN BANKS, ROBERT BARRE, ULI BAUMERT AND BRENDA BAUMERT, DONALD BEAL, ROBERT BENNETT AND SHERI BENNETT, TERRENCE BENTON, SOKOL BIBERAJ, ROBERT BIRTH AND NANCY BIRTH, A. ROBERT BONNEFIL, RICHARD BONNER, DEBBIE BRASHEAR, WILLIAM BRAY, ROY BREAKER AND JOYCE BREAKER, SHERIDAN BREWER, JESSIE BRICE, JOE BRITO, ELSIE SPENCER, CARL BRITTON AND LYNETTE BRITTON, MICHAEL BROOKS, GILBERT BROWN, MICO BROWN, ALAN BRYANT, MICHAEL BURGESS AND CHARLOTTE BURGESS,

KIRBY BUSH, BILL CAMPBELL, LARRY CAMPBELL, RALPH CAMPOS, ALFREDO CANLAS, DEREK CARILLO, RONALD CAWTHON, DOUGLAS CHALMERS, PAUL CHANDLER, SHIHAO CHARLES CHANG, ADALBERTO CHAVEZ, ABDEL CHEHADE AND RAMZIE CHEHADE, MIRIAM CHIAVERINI, DANIEL DAWE AND DEBORAH DAWE, DANIEL DE ORIAN, JEFF DEARMAN, RICHARD DEMAREST, JOSEPH DEPALMA, ALICE DEROUX, RUEL DIXON, DAVID DOST, MICHAEL EDWARDS, ARTHUR FRAUSTO, VALORIS FORSYTHE, ROBERT KELLY AND PEGGY KELLY, STEVE DREILING, CARROLL EDWARDS, GLENN EISELIN, ELDOR EISEN AND DOROTHY EISEN, RICARDO ELIZALDA, TOMMY RAY ELLISON, DEAN ELYOSSRI, CHRIS ENSENBERGER, BOBBY EVANS, DANIEL EVANS, LINDA FAIR AND GARY FAIR, GARY FARMER, CHARLES FIKE, CURTIS FINK, FARRELL FISHER, ELIZABETH JANE FLEMING, WALTER FOSTER, LINDA FOUNTAINE, THOMPSON FOY, FELIX FRANCIS, ROBERT FINDLEY, KENT FREDERICK, DAVID FREMDER, JERRY FULLER, WILLIAM GALLE, RAMON GARDNER, RAYMOND GARDNER AND SHARON GARDNER, PERRY GARMAN, WILLIAM GRAHAM, MARK GREENLEE, CHIQUITA GRICE, JAMES GROSS, JACOB GROVE, KENNETH GRUNEWALD, MARK HALL AND CATHERINE HALL, DENIS M. HANLEY, DENNIS E. HARMS, RUTH HARRIS, JAY HARVEY, FRANCES HATTER, TRACY HAYNES, TONY HELTON, CHARLES HENDERSON, DWAYNE HENDERSON,

JAMES HENICKE, DAVID HENSON, LEROY HERNANDEZ, JANET HERT AND JERRY HERT, MARC HINKLEY, WILLIAM HOLDER, ELIZABETH MERRELL, ROBERT DELORIS PHELAN, RALPH PHILLIPS, WAYNE PILIP, ROBERT POLLOCK, NANDOO POORAN, EFRAIN PORTALES, CRAIG PORTZ, LARRY PRATHER, ANDREW PRESTWOOD, CHARLES PROWANT AND MOLLIE SUE PROWANT, JOHN QUARELLO, RICHARD RADYKOWSKI, LEA REAMER, FLOYD REECE, DONNA REED, KEVIN REMBACKI AND ALICIA REMBACKI, B.R. RESPESS, GLENN RICHARDSON, JENNIFER HALLIBURTON ROBERTS, MICKEY ROBERTS, ROGER ROBERTSON AND LINDA ROBERTSON, DEBBIE ROCKET, ROBERT ROGERS, HERMAN ROJO, DARYL ROLLINGS, ARTHUR ROSENBERG, CHARLES ROSS, STEVEN ROSSI, DAVID ROWE AND ROBIN ROWE, STEVEN RUMER, ROSA RUS THROUGH, REGINALD RUTLEDGE AND BETTY RUTLEDGE, GARY RYAN, LARRY SALISBURY, JAMES SANCHEZ, CARY SANDE AND NANCY SANDE, CLARENCE SANDLES, DANIEL SATURN, DANIEL SCOTT, ALBERT SELMERON, MARY ANN SHARP, DARLENE ANN SHAW, JULIA SHEEHAN, RICHARD SHIMER AND CAROL SHIMER, JOHNNIE SHOWALTER, DANIEL SIDES, JUDITH SINDER, RON SINENI AND ANNE SINENI, MIKE SKRABACZ AND KAREN SKRABACZ, JEFF SLADECEK AND MILISSA SLADECEK, JOE SLADECEK AND JANIS SLADECEK, ROBERT SLADECEK, LESLIE SMITH, PHILIP SMITH, JUDY SMITHEY, CHARLES

SPEARS, RONALD SPEARS, JOHN STEPHENS, WARREN STEWARD, CHARLES STONE, LOUIS STORM AND BARBARA STORM, BILL STOWE, MATTHEW STUART, HENRY SUMMERFORD, STEPHEN SUMMERS, DANIEL SUTTON AND INEZ SUTTON, DENNIS SVAB AND ROSITA SVAB, BELVA SWANNER, ROBIN TALLEY AND BRENDA TALLEY, KENNETH TAYLOR AND JOYCE TAYLOR, DELORIS TERRELL, THELMA LONG, DONALD TELLER, THEODORA THOMAS, SALVADOR TORRES, JULIA WENSEL AS GUARDIAN FOR DORIS R THOMASON, JAMES TOLBERT, SHARON WALRATH, LIANGHSIUNG WANG AND HSIUYUN WANG, JEFF WANG, RICK WARDEN, MICHAEL WASSON AND PAULA WASSON, TERRY WATTS AND MARNI WATTS, CHRISTOPHER WEIDES, GENE WEST, RITA WHATLEY, MARY WHEELOCK, N. CAROLYN WICKER, VIRGIL WIESNER, TIM WIGGINS, JIMMY WILLIAMS, KELLY WILLIAMS AND SHAREE WILLIAMS, DUANE WILLMAN AND TINA WILLMAN, GREGORY K. WOOD, MICHAEL WORCESTER, JOAN WRIGHT, KEVIN WRIGHT, FRANKE WYNNE, TIM YOUNG AND STEPHANIE YOUNG, JOHN ZIMMER AND JOY ZIMMER, WES ZMOLIK, BRUCE JOINER AND JUDY JOINER, CLARICE JONES, THOMAS EVERETT JONES, ROBERT MORRIS JUDD, SANFORD JUDKINS, MADAN KAUSHAL, KIRK JOINER AND JAMIE KEEL, ARTHUR KELLEY, ROBERT KELLEY AND PEGGY KELLEY, RICHARD KELLY, MURARI KHANNA, CARLA KIDD, HERSHEL

KIME, DAMON KING, KEVIN KOESTNER, JOHN LANG, MARCUS LAWRENCE, MAX LEE, JOHN LEMLEY, RAY LEWIS AND PATRICIA LEWIS, RONALD LEWIS, PAM LIEF, VENUS M. LILLYBRIDGE, VENUS J. LILLYBRIDGE, ANTHONY ABRANTES, ANTHONY ACOSTA, LUIS GARY ACOSTA, TRISHA ADAMS, WILLIAM K. ADAMS, CONSUELA MEDRANO ALEJANDRO, ANTHONY W. ALLEN AND SHARLEEN M. ALLEN, CHARLES G. ALLEN, DARIN ANDERSON, TODD ANDERSON AND KATERINA ANDERSON, MARCIA ARCHIBALD, MICHAEL ARCHULETA, STEVE ASBILL, ADELA Q. ASHA, JESUSA ASHBY AND JOHN ASHBY, JERRY H. BAILEY, ANTHONY BALCHUNAS, JERRY BALLARD, WILFREDO BATISTA, CEASAR BELSER AND LISA BELSER, CYNTHIA L. BERRY, JANICE A. BERRY, KELLY R. BEYER, DAVIN BICKFORD, TIM BISHOP, BERNIE BLACK, KENNETH R. BLANKENSHIP AND MARY SUE BLANKENSHIP, DIDIER BOIVIN, CELAH BOLDON, III, MARVIN BONNER, JR., HARVEY A. BRADEN, DAVID BRANHAM, DONALD W. BREI, BRAD BROWN, DAVID G. BROWN, FRED E. BROWN, JAMES C. BUEHRIG AND JEROLENE BUEHRIG, DARKO & PIEDAD BURMAZ REV. TRUST, ROBERT C. BURNS, CHARLES H. BUSEY, MARISSA CALICA, BRYCE K CAMERON, JEFFREY A. CARTER, RALPH E. CASEY, ALBERTO CASTILLO, LLOYD CHARLES AND WENDI CHARLES, ANTHONY CHEN, CARLOS E. CHILDS, DENNIS CIHACEK, KATHY CIKANEK, KENNETH L. CLARK, DWAYNE CLEVELAND AND

AMY J. CLEVELAND, BRUCE COLTHARP, ERLENE COLVIN, WILLIAM B. COPELAND AND CLAIRE ANN COPELAND, JOANNE B. CORBET, DAVID CORONA, GILBERT COTA, ROBERT CRANSHAW AND JUDITH CRANSHAW, JAMES RAY CREED, MARIKO CROSS, JAMES CURRAN, JOHN DALFONSO, ALTON W. DANIEL, HENRY DASARI, WILLIAM H DEAN, MARTIN DEAVER AND DEBORAH DEAVER, DIPAK B. DESAI, ANA M. DIAZ AND SANCHEZ DIAZ AND ANGEL L. DIAZ, CANDIS (ESSEX) DICKEY, STEVEN DILLON, MAR DIMES, LARRY DIX, PEGGY DOLEZALIK, BENNY DOLLAR, JOHN P. DONLIN, RAYMOND DUCHSCHERER, MARTIN W. DUNBAR, ROBERT E. DUNIGAN, HYLA EMERY, ROGER ENGLAND, RICHARD C ENRIQUEZ, JOHN B ERICKSON, HAZEL ESKRIDGE, DAVID FAIN, DAVID O. FALLERT, CHRIS FARISH, HOMA FERDOWSI, VITO FERRARA, THOMAS W. FERRELL, SR., JEREMY FLEMING, H. RAY FODDER, PAT FOGERSON, CHARLSY FORD, PATRICK FOSTER AND LINDA FOSTER, FAYE FREDERICK AND DON YOST, C. BUCK FULLER AND YVONNE FULLER, ANTONIA GALINDO, MARIA J GARCIA AND CHRISTOPHER GARCIA, JAMES GARNER AND MARLA GARNER, RODNEY K. GASKILL, PAUL S. GEATER, DAVID A. GILMORE, SR., GERMAN M. GIRON, ANDREW GLEN AND CAROL GLEN, ROBERT GLENN, MARGARITO GONZALEZ, MARK S GONZALEZ, RICHARD GONZALEZ, RUDOLPH GONZALEZ AND MARIA GONZALEZ, PAUL GOOLSBY,

TIMOTHY GOOLSBY, MARTHA GORDON, CAROLE GRAFF, BOB J. GRAHAM, PHILLIP GRAVATT, GAIL B. GRAY, RICHARD GRIFFIN AND HELEN GRIFFIN, JULIA GROMATZKY AND KAREN D. PECK, GEORGE C. GROMECKI, PETER GROSSERHODE, APOLINAR GUEVARRA, JR., KARL R. GUTZKE, ENRIQUE GUZMAN, NADEEM A. HADDAD, ERNEST SCOTT HAILE, KEITH HALL, RONALD C. HALVERSON, MICHAEL HANCOCK, GERALD A. HARE, JOHN G. HARVEY, GERALD E. HATFIELD, SAM HATTON AND BEVERLY HATTON, RIKKI HEMEL, GERALD HENDERSON AND DONNA HENDERSON, JULIAN HERNANDEZ AND APRIL HERNANDEZ, WILLIAM S. HERRIDGE, JAMES D. HILGER, ANGELA HILLIN, HEROLD HINDS AND JACQUELINE HINDS, JOHN C. HOBSON, ASBERRY HODGE AND PATRICIA HODGE, DARYL HOELSCHER, JOAN L. HOLBROOK, JOSEPH M. HOLLEY, WADE HOOVER, LISA C. HOUDEK, GARY M. HOUSE, CAROLYN HOWARD AND ROBERT HOWARD, KIRK HULL, WYNNE HUNKLER AND PAULA HUNKLER, TIMOTHY HUTCHENS, DAVID W. HUTTON, MICHAEL HUTYRA, MARY ICE, WILLIAM C. JACKSON, JAY JAGIELLO AND ANDRZEJ JAGIELLO, JOHN R. JARMA, DANIEL L. JAMORA, EDWARD J. JASEK AND MARY K. JASEK, BRENT JONES, BRIAN JONES, GLENN E. JONES AND JENNIFER JONES, JERRY L. JORDAN AND VIVIAN D JORDAN, JERRY L. JOYNER, JEFF KAUFMAN, JOHN H. KELLY AND MARGUERITE KELLY, D. W. KIEFF, BOBBY L. KING,

ALAN KIRBY AND HELEN KIRBY, CYNTHIA D. KIRK, MARK KOON, BALDEV KRISHAN, EDWARD R. LANE AND PENNY LANE, AMBER LAPP AND RONALD LAPP, JASON LASH, ANTHONY LEDESMA, CAROLYN E. LEDFORD, JEFF LEMLEY, GRENVILLE LEWIS, IV, ARTHUR LEYHE AND SHARON LEYHE, JERRY LITTMAN, BOBBY G LIVELY, RODOLFO "RUDY" LOPEZ, THOMAS R. MABRY,JR., STEVEN J. MACDONALD, IRVIN R. MACK, KIRAN MAHAJAN, HAROLD MAPES, DAVID N MARINELLI, BRUCE MARLIN, L. DAVID MARSCHALL, EARL D. MARTIN AND BEULAH MARTIN, JOHN E. MARTIN, MICHAEL MARTIN AND SHARON MARTIN, ELISA MARTINEZ, WILLIAM MASON AND MARYANN MASON, PAUL H. MASSEY, PATRICK H. MATHESON, DAVID MCCOLLOUGH, RANDY MCCOLLUM AND KAREN MCCOLLUM, J. B. MCCRUM, II, ROBERT L. MCCULLOUGH, BRUCE MCCORMACK, MICHAEL T. MCCULLY AND PAMELA MCCULLY, BILLIE SUE MCDONALD, GLEN MCDONALD, JAMES MCDONALD, JOHN K. MCDONALD, CARROL SNOW STRICKER MCDOUGAL, LISA MCGEE, LISA R MCLEAN, PATRICIA MCMANN, PHILLIP MCNEEL, ROSE MELO REVOCABLE TRUST, PEDRO HUERTA MENDOZA, GERARD METZLER, DONALD L. MODE, FRANK MONTGOMERY, MOONS ENTERPRISES INC., BILL MORRIS, T. J. MOXON, GENEVA MULL, MICHAEL MULLINS, HENRY MURRAY, WILLIAM J. NAUGHTON, STEPHEN NAVICKY, TIA KIM NGO, BENJAMIN NOGUERAS,

MARK NOLEN, PHIL R. NORMAN, JULIE A. NORTON, JOE NOVAK, JOE M. OLDHAM, DAVID R. OLGUIN, PHYLLIS (MRS. ROLAND) OLSON, REX ONDRACEK, GUSTAVO ARACELI ORTIZ, JOHN OSBORNE AND BEVERLY OSBORNE, ROSA OVALLE, VIRGIE PAJARILLO, DAVID PANNONE, DIANA PAPMEDER, DENNIS PARKS AND ROXANNE PARKS, ROY PAXTON, BARBARA PEEBLES, CHARLES E. PEEL, DAVID E. PETERS, JAMES PETERS, ALBIN L. PICHA, RILEY G. PIERCE, BRUCE A. PLASKET AND CLAUDIA V. PLASKET, WILIAM A. POMEROY, SAMUEL PRAGER, SATHYA PRASAD, NICANOR PROFETA, STACY PRUORN, GERALD PRYNE AND WENDY PRYNE, RUFINO N. QUICHO, JR., JANICE K. RAGLAND, RICHARD RAGSDALE AND NINA RAGSDALE, DAVID RAINES, LARRY RAMPENTHAL AND JULIE A. RAMPENTHAL, ROBERT J. RAY, ARTHUR J. REINKING, MALCOLM D. REX, RUDOLF REYES, CHARLES C. RHODES, LELAND D. RIDLING, KENT ROBBINS AND SUSAN ROBBINS, JOHN A. ROBERTS, III, LOUIS E. ROBICHAUX, ARMANDO N. ROCHA, EDWARD RODEHEAVER, STEDROY RODNEY, ANTONIO RODRIGUEZ, PAMELA RODRIGUEZ, JAMES ROSE AND MARILYN ROSE, JOSEPH ROSS AND LINDA ROSS, MARGARET A. RUIZ, RONNIE RUSHING AND SHEILA RUSHING, STEPHEN V. RUSSELL, WILBERTO SAN LUIS, JOE V. SANCHEZ, STEVEN SANDERS, ALAN DEAN SANNER, JERRY SATHER AND FRANCES SATHER, MARK A. SCHAFER, BRENDA W. SCHERTZ,

KENNETH SCHOEN, LEE SCHUCH AND ANNABETH LEE SCHUCH, STACI SCOTT, RALPH SEARS AND MARGARET SEARS, STEFAN SELECKY, CHRIS SELL, CHERRIE SELMAN, DAVE SHARMA AND SHASHI SHARMA, TOMMY LEON SHAW, LAURIE SHELLEY, KEITH A SHIVELY, VICTORIA SHOEMAKER, MICHAEL SIEGEL, HOSHIAR SINGH, DEBORAH D. SMITH AND DEBORAH A. DORR, MIKE E. SMITH, ROGER K. SMITH, GARY N. SNOW, CHRISTOPHER J. SOANES, ADESH SOODEEN, RANDY SPARKS, ELEANOR W. STANDEFER, JEANNINE STARR, MELISSA STEELE AND ALAN STEELE, BART STEFFEN, GORDON STEGER, ROBERT E. STEPHENS, JR. RANDY STEWART, TERRENCE I. TELLIGMAN, ALEXANDER TELLO, PAMELA TERRELL, BARRY THOMBS, AMY TINDOY, GREGORY S. TONIAN, ANGELA RENEE TRUJILLO, ROBERT R. TULEY, ROBERT D. TURECHEK AND KAREN K. TURECHEK, DANNY TURRENTINE, MICHAEL VANCE AND NANCY VANCE, JOANNA COOPER VANDERPOOL, DAVID VANDIVER, TIM VANLARE, JERRY VAUGHN, JOE VEACH, NELSON R. VILLALOBOS, BLAKE VOGLER, JIMMIE J. WADE, FRED I. WAGNER, MICKEY WALKER, RICHARD WALKER, MARY A. WALLACE, PEGGY WARD, H. ROGER WARWICK, JIM WATSON, MICHAEL F. WEATHERLY, DARREN WEIRICH, KERRY WELCH AND MARIS WELCH, TIMOTHY L. WELCH, JAMES B. WELLING, JANICE WENTWORTH, GEORGE WHEELER, FRANK WHITVER AND MARY WHITVER, LARRY

WILLIAMS, NEVIL WILLIAMSON, JEFFREY A. WILSON, JEFFREY S. WOLDER, FRANCES R. WOLF, STEPHEN L. WOOD, DEBRA DAVIS WOODS, ROBERT E. WRIGHT AND SHARON S. WRIGHT, GREG WYNN, DAVID YACKER, PEIJING YANG, MARNA YERIGAN, JOHN YEVCAK, MICK YOUNG AND VALERIE YOUNG, ROLAND YOUNG, MAYEZ ZEINE, JOEL C. ZIMMERMANN, JOSE ABELLA AND GEMMA I. ABELLA, SERGIO M. AGUIRRE AND ELSA R. AGUIRRE, PEGGY ALLEN, JOSE H. ARDON, ROSA ARMIJOS AND ANTONIO ARMIJOS, RUSSELL BACK, ROBERT & SANDRA BAKER FAMILY TRUST, FRANK BALKE, THOMAS BARNES, CATHY BARTOLOWITS AND JOE BARTOLOWITS, ROY A. BASA AND LORI BASA, KYLE BECKER, JAKLIN BENJEMIN, B. DANIEL BERGENHAGEN, DARLENE BESHEAR, PAT A. BLAKELY, CHARLOTTE A. BOOTH, FRED BOWLDEN, A. J. BOWMAN, STERLING BOWMAN, MICHAEL H. BRAUN, LARRY BROWN, ROBERT L. BROWN, ERNIE BROWN, TUAN BUI, RITA B. BURNETT, JANET MCWHORTER CAOUETTE, JOSEPH V. CARROCCIA, LARRY CARVER, ELLIE NELIDA CHAPPEL TRUST, PAMELA S. CHELETTE, SCOTT CHESHIRE, SANG CHEL CHUNG, PAUL CLAMPITT, JEFFREY B. CLEARY, SCOTT A. COBERN, RONALD B. COKER AND BARBARA A. COKER, ROBERT COMEAU, DAVID CONE, JOSE CORTES, HENRY CRAWLEY III, MARTIN L. CRISSEY, CALVIN O. CROSBY, STEFANO D'AMICO, GARY DANDOY AND LINDA DANDOY,

HENRY C. DAVIS, ROBERT GLENN DAVIS, CLAUDE S. DEAN, JEFFREY DEAN, LEE J. DEGROOT, LEVI DELEON AND SONIA DELEON, ROBERT DEVERNA, ROSELIS DIAZ, GARY DOOLEY AND KATHY DOOLEY, JEFF DOSSETT, ELKE B. DROZD-WILLIAMS, EDWARD W. DURHAM, DALE EATON, STEWART M. EDINGER, TERRY EHRHARDT, BILL ELLIS, CYNTHIA ENGELHARDT, JAMES L. ERBY, AILLEN JOY ESCOLAR, LARRY D. ESTES, BUTCH EUSTICE, EXCELLENCE CUSTOM HOMES, LLC, ROBERT FAGARAGAN AND JOANALYN FAGARAGAN, STEVE FEHMEL, BOB FEIDLER, JOSEPH & PENNI FEIL, HARRY N. FINDOR, RICHARD M. FISHER, RICHARD FLATT AND DEBRA FLATT, ELOY FLOREZ AND PEGGY FLOREZ, STEPHEN R. FOXX, SCOTT FRANKS, KEVIN FREUND, DAHLIA J. C. FULGENCE, EMMETT FUNDERBURK, BOBBY LEE GERMANY, JAY GIMPLE, BERNARD A. GOBAR, JR., KIM JAMES GORUM, TIMOTHY GOTTLEBER, NEIL R. GOVE, SANDRA GRAHAM, GILBERT GRANADO, GORDON K. GREEN, CARMEN A. GREEN, W. E. GUINN, ESTER GULTOM, FRANK A. HABERL, MICHAEL R. HALL, T. COLLIN HAMPTON-KELLY, DONNA HANCOCK, PAULA HANDRUP, ODIE L. HARRIS JR., OLLIE E. HARTGROVES JR., BERNIE R. HARTIS, MATTHEW HAYDEN, DEBBIE HAYS, STEVEN HEIFETZ, JERRY HELTON, ISRAEL HERNANDEZ, JESUS HERRERA, DORIS A. HILL, JOHN HINCHMAN, TAMI HOGAN, ROBERT HOLLEMAN, CHARLSEY L. HOLLER, JAMES

HOLLEY, IRA G. HOOD TRUST C/O HELEN HOOD, BOB W. HORTON, RUDOLF HOUDTZAGERS AND MARIANNE HOUDTZAGERS, PHILLIP L. HOULTON, SR., SHAWNE HUNTINGFORD, THOMAS HYMAN AND JANICE HYMAN, JORGE IBARRA, ROBERT WAYNE INZER, B. R. ISRAEL, JOE W. IVIE, TOMMIE HOPE JACKSON, JOHN R. JARMA, ROBIN JENTZEN, GARY JOHANSEN AND GEORGIANA JOHANSEN, GARY JOHNSON AND CAROL JOHNSON, FRANCES M. JOHNSON, JEFF JONES, RICHAEL M. JONES, CATHY JOSEPH, DAVID KALISKI, TERRY KERR AND BARBARA KERR, ANTHONY CHADWICK KESTLER, SABRA KHAN AND MOHAMED KHALID, ABDUL M. KHAN AND HUMA J. KHAN, JAMES KILGORE AND DEBRA KILGORE, THERESA KING AND DAVID L. KING, JR., DONALD R. KNIGHT, CHESTER KOWALSKI, KENTON KRAFT, ARTHUR R. KRULL, JOSEPH K. LAYTON, JOHN P. LEE, TERRY R. LEE, DAVID P. LEWIS, MICHAEL LOBMEYER, JAMES E. LOCK, DANIEL LOPEZ, WESLEY T. LOWERY, GAIL A. MADISON, MATTHEW S. MARTIN AND KELLY A. MARTIN, ALEJANDRO MAURICIO, MICHELE MCCAA, CARL R. MCCORKLE, BRUCE MCCORMACK, DONALD MCCRACKIN, VICKIE MCDONALD, MICHAEL E. MEAD, BOYD L. MELBOURNE, DARRELL D. MILIAN, JOHN MITCHELL AND JUDY MITCHELL, CATHERINE S. MOLAVI, JOHN MONTGOMERY AND CAROLYN MONTGOMERY, RANDALL MOORE, TONY MORRIS, DAVID R. MOSES, JEFF MOULDER, ROBERT MUNSON III,

JOEY MURTHIL, BRADY NELSON, WARREN D. NICHOLS AND MAUREEN Q. NICHOLS, RICKY L. NOBLE, RAYMOND NOTTINGHAM, JR., RICHARD W. DNEAL, JAMES E. OLIVER, LEROY OLIVER AND LILLIE R. OLIVER, OLSON LIVING TRUST C/O GEORGE OLSON AND CAROL OLSON, JAMES L. OWENS, H. WAYNE OWSLEY, LESLIE PAIS, DONALD R. PATTERSON AND MARY LU PATTERSON, TANYA PAYNE, JAMES STEVEN PEACOCK, AUSTIN PEMPSELL, BOBBY PESCHEL, RICHARD C. PETERS, VALERIE PETERSON, JAMES PHELAN, RANDY POLAK AND CHARLES P. POLAK, JR., JOSLYN V. PORTMANN, ROSA POTTER, VAL V. PRATHER, MARK PRINCE, DOMINIC C. QUARTIER, 1993 RAMBAJAN TRUST, ANTHONY N. AND CARMELITA D. RAMBAJAN TRUSTEES, DAVID RAMSEY, MICHAEL E. REITER, SAM REYNOLDS, ROBERT RHINE, PAUL W. RICHARDS, DON RIDENOUR, CHRIS RIFFE, WILLIAM RISK, TOMMY RITTER AND SUSAN GOLDEN, RON ROBINSON, GUSTAVO RODRIGUEZ, RICHARD ROMAN, MICHAEL E. ROPER, MICHAEL C. ROWAN, MICHAEL R. RUCKMAN, JULIETE SATCHELL, MARVIN SAUNDERS, CRAIG SCHACHERER, GREGORY C. SCHAECHER, JEFF SCHMUCKER, BARBARA SCHREIB, RONALD SCHULZE, LEWIS SEALES AND CHARLOTTE SEALES, JAMES SEARS, WAYNE SIBLEY, ERVIN SIEMONEIT AND BARBARA SIEMONEIT, JACK SIMMONS, GURJEET SINGH, GEOFFREY SLOMA, JOHN L. SMITH,

MARIA A. SNELL, DORIS SPANGLER, ROYCE A. SPARKS AND ANA M. SPARKS, JOHN R. SPEER, DAVID P. STAPP, LARRY B. STEVENSON, DAVID STEWARD, ELMER SUMMERS, MARVIN SWAIN, WILLIAM F. TAYLOR III, KERRY THERWHANGER, EULA THOMAS, SANDRA GREENE THOMPSON AND FERNANDO THOMPSON, ROSA L. TORO AND RAFAEL MONTALV, LUANN B. TUCKER, MICHAEL URESTI, RENE VICUNA, DOMINGO VILLAFANA, DELFINA VILLARREAL, GAIL VOELCKER, LARRY VUNCANNON, MARILU WALKER AND WILLIAM WALKER, JR., MICHAEL H. WALLACE, PHIL WALLIN, DAVID WALLS, MICHAEL WALSH, DOUG WALTHER, RISSIE WALTON, JOHN WARREN AND LAURA WARREN, RANDY WATTENWORTH, RUSSELL N. WEILER, S. SCOTT WEIMER, ALLAN P WELCH, ROD L. WELLS, EUPHEMIA WERNLI, GLORIA WEST, JOHN R. WHITE, CLIFTON WHITING, GEORGIA S. WIGINTON, DANIEL WILLIAMS AND AMBER WILLIAMS, N. DOUG WILLIAMS, LARRY R. WILSON AND WENDI L. WILSON, STEPHEN I. WINARICK, RODNEY SCOTT WINGER, JAY E. WINTERS, DICK WOODWARD AND TERIL WOODWARD, TOLBERT H. WORLEY, JR., KEN YAKO, DWAYNE YAMBRA, DAVID A. YOCUM, MICHAEL G. YOUNG, SIMON YUAN AND DILI YUAN, ROSIE ZAIZAR, RAYMOND ZAMARIPPA AND VIRGINIA L. ZAMARIPPA, WILLIAM L. ZILLMAN, JOHN ZUCHA, TROY ANDREWS, TRINA HALL, KELLY A. CRANE, WILLIAM DORSEY AND

LINDA DORSEY, MICHELLE
MCMANUS, MICHAEL F. MILLER,
LAURA RODRIGUEZ, CHRIS SPROLES,
KEVIN M WALCZYK, DIANA WILSON,
WESLEY ZMOLIK, LARRY BROWN,
RODNEY CASTLE AND ACIA CASTLE,
ANTHONY DARWIN, FRANCES AND
LYNDA KELLEY JOHNSON, BRET
OLTJEN AND ANGELA OLTJEN,
MICHAEL E. REITER, LAURA
RODRIGUEZ, AND CHRIS SPROLES,
Appellees

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this interlocutory appeal.

Judgment entered this 7th day of October, 2013.


                        /Elizabeth Lang-Miers/

                        ELIZABETH LANG-MIERS
                        JUSTICE